Case 8:10-cr-00244-JSM-MAP   Document 25   Filed 01/11/11   Page 1 of 2 PageID 78

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:10-cr-244-T-30MAP

ANTONIO MAURICE CROCKETT

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 24) which, upon entry, shall become a final order of forfeiture as to defendant Antonio Crockett's right, title, and interest in one Glock Model G27, .40 caliber pistol, Serial Number: KMY314, and 8 rounds of assorted .40 caliber ammunition.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offense charged in Count One of the Superseding Indictment and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 24) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Antonio Crockett in one Glock Model G27, .40 caliber pistol,

Serial Number: KMY314, and 8 rounds of assorted .40 caliber ammunition is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-244.forfeit 24.wpd