UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                         Case No. 8:10-cr-244-T-30MAP

ANTONIO MAURICE CROCKETT

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 29), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for one Glock Model G27, .40 caliber pistol, Serial Number: KMY314, and 8 rounds of assorted .40 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1.     On January 11, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Crockett's right, title, and interest in the weapon and ammunition. (Doc. 25).

2.     As part of his Plea Agreement, the defendant agreed to take all steps necessary to pass title to the subject property listed above to the United States prior to sentencing. (Doc. 20 at 8). Pursuant to Fed. R. Crim. P. 32.2(b)(3), the defendant also agreed that the preliminary order of forfeiture would be final as to his interest at the time it was entered, notwithstanding the requirement that it be made

a part of the sentence and be included in the judgment. *Id.*

3.     In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapon and ammunition, on the official government website, www.forfeiture.gov, from January 23, 2011 through February 21, 2011. (Doc. 28). The publication gave notice to all third parties with a legal interest in the weapon and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4.     No person or entity, other than the defendant, Crockett, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapon and ammunition. No third party has filed a petition or claimed an interest in the weapon and ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the weapon and ammunition is now barred.

5.     The Court finds that the weapon and ammunition are the property of defendant Antonio Maurice Crockett.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 29) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the weapon and ammunition is CONDEMNED and FORFEITED to the United States of

America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the weapon and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-244.fj forfeit 29.wpd